HARRY FISCHEL, Respondent, *v.* LOUIS LESE, Appellant, Impleaded with Others.

Reported below, 135 App. Div. 921.
(Submitted April 25, 1910; decided May 3, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 28, 1909, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage.

The motion was made upon the grounds that no questions of law were involved; that the judgment was entered pursuant to a decision made and provided by section 1022 of the Code of Civil Procedure; that the affirmance by the Appellate Division was unanimous and that the exceptions were frivolous.

*Joseph A. Seidman* for motion.

*John D. Connolly* opposed.

Motion denied, with ten dollars costs.